IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSHUA FRAUSTRO and MIGUEL AGUILAR a/k/a KEMIKA1956,<br><br>　Plaintiffs,<br><br>　v.<br><br>BELCALIS ALMANZAR a/k/a CARDI B, JOSHIA I. PARKER a/k/a OG PARKER, JAMES D. STEED a/k/a DJ SWANQO, CELEBRITY BOOKING AGENCY, ATLANTIC RECORDS, and WARNER MUSIC GROUP,<br><br>　Defendants. | Civil Action File No.<br><br>7:24-CV-00264 |

**ORDER GRANTING MOTION FOR CONTINUANCE**

Before the Court is Plaintiffs Joshua Fraustro and Miguel Aguilar (collectively, "Plaintiffs") and Defendant Belcalis Almanzar ("Almanzar") Motion for Continuance of the Initial Pretrial and Scheduling Conference. Having considered the motion, the Court finds that good cause exists to grant the requested continuance.

**IT IS HEREBY ORDERED** that the initial Pretrial and Scheduling Conference currently set for December 4, 2024, is continued to the _____ day of _____, 2025, at ___:____m.

The Court finds that this continuance is necessary to allow Plaintiffs additional time to evaluate dismissal of the remaining unserved defendants. Further, the continuance will provide the Court time to resolve Almanzar's pending motion to dismiss. This extension will promote judicial efficacy and fairness by ensuring that all parties are properly before the Court.

**IT IS SO ORDERED** on this ____ day of _____, 2024.

	**RICARDO H. HINOJOSA**
	**UNITED STATES DISTRICT JUDGE**