# EXHIBIT "A"

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF HIDALGO** | § |

## SWORN AFFIDAVIT OF JOSHUA FRAUSTRO

Joshua Fraustro appeared in person before me today and stated under oath:

"My name is Joshua Fraustro. I am above the age of eighteen years, and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

"I am the Petitioner in this case."

### I. Musical Background and Experience

"I began producing music in 2002 utilizing then industry groundbreaking software such as *Reason* and *Pro Tools* on my desktop computer. I released my first songs on the internet platform *MySpace* in 2004. I frequently uploaded various songs to the *YouTube* website as far back 2010."

"I was featured on the cover of The Monitor and "FESTIVA" as a musical artist in entertainment section August 27, 2010."

"In 2012, I produced the mixtape "*One Day at a Time*." In 2013, I produced the mixtape *Special World*."

"In 2016, I was the executive producer of the "*Various Artists*" album. on the internet site Soundcloud."

"In 2018, I was nominated and awarded the "Rio Grande Valley Music Producer of the Year."

"In 2020, I was the executive producer of the "*Various Artists 3*" album. Also in 2020, I began working with Miguel Aguilar a/k/a Kemikal 956 and we released the song "Hater" on the internet site Soundcloud."

"In 2021, Kemikal 956 and I released the song "*Be Real*" on the internet site Soundcloud."

"Also in March 2021, I along with Kemikal 956 wrote, produced and released the song "*Greasy Frybread*" to the rapper known as Sten Joddi which was published on the FX/Hulu Channel.

"In 2021, I also wrote and co-produced solo songs and co-produced songs with the artist known as Kris Rod such as "*Adventure for 2*"; "*Tick Tock*"; "*Surreal*"; "*Always*"; "*Number One*"; "*She's The One*" and "*Burning Carbs*" on the internet site Soundcloud.

In 2023, I was the executive producer for the album mix "*Night (EP)*" and the album mix "*Morning (EP)*" on the internet site Soundcloud."

"In 2023, I was again nominated and awarded the "Rio Grande Valley Music Producer of the Year."

## II.     Harm to Reputation and Market Value

"Cardi B and her associates' release of the song "*Enough (Miami)*", an unauthorized replica of my song "*Greasy Frybread*" has caused irreparable damage to my reputation in the music industry."

"I am currently blacklisted in music industry. I have friends of mine, both in person and on social media that are platinum Grammy award nominated producers. One of them could only refer to me and her as "*you and that girl*." Another friend of mine who is a platinum producer posted himself covering one of my songs on his Instagram story only to remove it within an hour as he stated to me privately because he was being unfollowed by major industry artists. Some of these producers only reach out to me about my music privately for fear of industry, retribution, and/or accompanying blacklisting. The accompanying damage to greasy fry bread has been massive. The plays dipped after Cardi released "*Enough (Miami)*" and most of the only recent comments about the song are in reference to it being the true original source of Cardi B's enough and or Native American community support or Cardi B fan backlash."

III. How the Release Will Dilute the Value of the Original Composition (Greasy Frybread):

"Kemikal956 and I are known as the original composers of *"Greasy Frybread." "Enough (Miami)"* which blatantly plagiarized greasy received the Grammy nomination, and multiple platinum certifications. We never received a proper credit for *"Enough (Miami).*"

IV. The Harm to Me is Greater than the Harm to Cardi B

"The damage is now unquantifiable. Kemikal956 and I's albums have been indefinitely delayed. We are trying to start major careers. This credit would be the launching pad for major careers, both in conjunction and separately as producers and Artists. Cardi B recently had her net worth announced at over $100 million. Cardi B has had several delays for her album. Postponing. This album would be just another delay. She has announced officially via Apple music and Spotify 23 tracks for this album, but only officially confirmed four of them. She has 19 other songs to choose from."

V. The Granting of a Preliminary Injunction Will Not Disserve the Public Interest.

"The public would be best served knowing the true original material for Cardi B's *"Enough (Miami)," "Greasy Frybread"* and the producers behind it from the Rio Grande Valley."

"They currently have an industry intended misconception of the true origin. One hit on the radio, one billboard top 40 let alone a billboard top 10 like Enough can change your entire life and career (*see the publishing of musical producing artists Boi-1da and Kanye West*). You get calls for more music, you get calls and sign record deals from that one moment. If we miss another opportunity again as her album releases, we will miss the opportunity of a lifetime."

"To hear your music stolen and on the radio at the top of the charts without credit is a pain unlike anything I can describe. I do not wish this upon anyone. To know that you and your

3

partner created a song that was belligerently plagiarized and then soared to the Billboard Top 9 songs in the entire world. This has become a never-ending nightmare."

"To know with the utmost certainty your whole life would be changed, to know your loved ones lives would be different and taken care of had you only had the proper credit you deserved."

"The damages have now become irreparable. All my partner and I have wanted was a chance to have our best music heard and to collaborate with the best in the world. We have kept our best music hidden because of fear of plagiarism. We only gave permission to Sten Joddi to release our musical production "*Greasy Frybread*" because we've worked with him previously and trust him. It then took off worldwide and was stolen by Cardi B and her associates. This lawsuit has proven our instincts right keeping our best songs up our sleeves and hidden, so to speak. We have thousands and thousands of songs and instrumentals as artists and producers never before heard with my partner, both individually and collectively."

"I have had many billboard platinum certified musicians quietly tell me how much they are a fan of my music and how much they love and appreciate my music but they also say they cannot say it publicly. I had a platinum certified musician post one of my songs only to take it down within the hour because major artists were unfollowing him on Instagram."

"On September 19, 2025, Cardi B's Album entitled "*Am I the Drama*" is scheduled to be released to the public, with its lead single being "*Enough (Miami)*". There are 23 total song slots that are to be released on the album. Should Cardi B and her associate be permitted to release the album including the single "*Enough (Miami)*," the damages to me and my partner Kemikal 956 will not only be irreparable, but almost impossible to calculate. Redacting the one song from the album is less damage than allowing it to be released."

4

"For these reasons I move the court to grant our request for a preliminary injunction."

"AFFIANT SAYETH FURTHER NOT."

Signed this ___9___ day of ___August___, 2025.

_____
Joshua Fraustro, Affiant

## ACKNOWLEDGEMENT

State of Texas §
§
County of Hidalgo §

I hereby acknowledge that this document was SIGNED and SWORN TO UNDER OATH by Joshua Fraustro before me on ___08/09/2025___.

_____
Notary Public, State of Texas

JULISSA FLORES
Notary Public, State of Texas
Comm. Expires 02-09-2026
Notary ID 133579572

My Commission Expires: ___02/09/2026___

5