# EXHIBIT "B"

| | |
|---|---|
| STATE OF TEXAS | § § § |
| COUNTY OF HIDALGO | |

## SWORN AFFIDAVIT OF MIGUEL AGUILAR

Miguel Aguilar appeared in person before me today and stated under oath:

"My name is Miguel Aguilar. My music alias is "Kemikal 956"." I am above the age of eighteen years, and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

"I am the Petitioner in this case."

            I.      Musical Background and Experience

"I began creating music in Summer of 2005 at the age of 12 when the program *FL Studio* was introduced. It is currently used by many top tier producers in the industry."

"From that day forward, <u>every single day for the next 7 years</u> were spent learning and progressing in music production predominantly in the major music software such *FL Studio* for production, *Adobe Audition* and *Pro Tools* for recording/sound engineering through instruction manuals and online instructional videos."

"In June 2012, I then began releasing my first hip hop beats publicly on the *SoundCloud* website."

In November 2015, I then produced my first full length album by independent artist IGL- "*Rise Above the Hate*" on the internet site *SoundCloud*."

"In June 2016 is when I first collaborated with Native American rapper Sten Joddi on the album "*Concrete Warrior*" who is the vocalist on my music production entitled "*Greasy Frybread*" which was released in 2021."

1

"In December 2017, I executively produced and collaborated with major contributions on the album "The Singles" also sung by rapper Sten Joddi."

In April 2019, I executively produced and collaborated with major contributions on the album "*Concrete Warrior 2*" again with rapper Sten Joddi."

In December 2020 I was nominated and was awarded the Rio Grande valley Music Producer of the Year."

"I then started collaborating with the musical artist Joshua Frautro, who was a judge at the 2020 RGV Music Awards"

"In 2020, I along with Joshua Fraustro, wrote, produced and released the song, "*Hater*" on the "*Various Artists 3*" album on the internet site *SoundCloud*.

In January 2021, I along with Joshua Fraustro, wrote, produced and released the song, "*Be Real*" on the internet site *SoundCloud*.

In March 2021, I along with Joshua Fraustro and rapper Sten Joddi, wrote, produced and released the song, "*Greasy Frybread*" which was aired on the FX|Hulu Television Series "*Reservation Dogs*."

"It was aired to the public in August 2021 in Season 1, Episode 4."

"Due to its hit success, rapper Sten Joddi went on to win several awards."

"The music production ("Greasy Frybread") was nominated and had significant contributions from myself and people from the Native American community such as: "*Best Male Artist of the Year* at the *International Indigenous Hip Hop Awards Show* (2022)"; *Best Music Video of the Year* at the *Iowa Music Awards* (2022); and *Best Male Artist & Best HipHop Recording of the Year* at the *Native American Music Awards* (2022)."

2

"In March 2023, I executively produced and collaborated with major contributions on the album "*Tattoo Muzik 4*" also by rapper Sten Joddi."

"In February 2024, I executively produced and collaborated with major contributions on the album "*Yvhiketv-Hayv*" also by rapper Sten Joddi.

II. How the Release Will Dilute the Value of the Original Composition (Greasy Frybread)

"Joshua Fraustro and I are known as the original composers of "*Greasy Frybread*." "*Enough (Miami)*" which blatantly plagiarized greasy received the Grammy nomination, and multiple platinum certifications. We never received a proper credit for "*Enough (Miami)*."

I have received public scrutiny from local producers and artists which has caused me to lose business interest in my main source of income."

"An album that I have been working on for over 10 years was planning for release in 2024 independently plans halted due to lawsuit and was in full development to release beat website online to have music available for sell to the world and had money already invested plans were halted due to lawsuit."

III. The Harm to Me is Greater than the Harm to Cardi B

"The damage is now unquantifiable. "*Greasy Frybread*" has been overshadowed by the song "enough" which has significant backing from a major label."

"Joshua Fraustro and I's albums have been indefinitely delayed. We are trying to start major careers. This credit would be the launching pad for major careers, both in conjunction and separately as producers and Artists. Cardi B recently had her net worth announced at over $100 million. Cardi B has had several delays for her album. Postponing. This album would be just another delay. She has announced officially via Apple music and Spotify 23 tracks for this album, but only officially confirmed four of them. She has 19 other songs to choose from."

3

IV.     The Granting of a Preliminary Injunction Will Not Disserve the Public Interest.

"The public would be best served knowing the true original material for Cardi B's "*Enough (Miami)*," "*Greasy Frybread*" and the producers behind it from the Rio Grande Valley."

"They currently have an industry intended misconception of the true origin. One hit on the radio, one billboard top 40 let alone a billboard top 10 like Enough can change your entire life and career (*see the publishing of musical producing artists Boi-1da and Kanye West*). You get calls for more music, you get calls and sign record deals from that one moment. If we miss another opportunity again as her album releases, we will miss the opportunity of a lifetime."

"To hear your music stolen and on the radio at the top of the charts without credit is a pain unlike anything I can describe. I do not wish this upon anyone. To know that you and your partner created a song that was belligerently plagiarized and then soared to the Billboard Top 9 songs in the entire world. This has become a never-ending nightmare."

"To know with the utmost certainty your whole life would be changed, to know your loved ones lives would be different and taken care of had you only had the proper credit you deserved."

"The damages have now become irreparable. All my partner and I have wanted was a chance to have our best music heard and to collaborate with the best in the world. We have kept our best music hidden because of fear of plagiarism. I only gave permission to Sten Joddi to release our musical production "*Greasy Frybread*" because I've worked with him for so long and trust him. It then took off worldwide and was stolen by Cardi B and her associates. This lawsuit has proven our instincts right keeping our best songs up our sleeves and hidden, so to speak. We have thousands and thousands of songs and instrumentals as artists and producers never before heard with my partner, both individually and collectively."

4

"On September 19, 2025, Cardi B's Album entitled "*Am I the Drama*" is scheduled to be released to the public, with its lead single being "*Enough (Miami)*". There are 23 total song slots that are to be released on the album. Should Cardi B and her associate be permitted to release the album including the single "*Enough (Miami)*," the damages to me and my partner Joshua Fraustro will not only be irreparable, but almost impossible to calculate. Redacting the one song from the album is less damage than allowing it to be released."

"For these reasons I move the court to grant our request for a preliminary injunction."

"AFFIANT SAYETH FURTHER NOT."

Signed this __8__ day of __August__, 2025.

_____
Miguel Aguilar, Affiant

## ACKNOWLEDGEMENT

State of Texas                §
                              §
County of Hidalgo             §

I hereby acknowledge that this document was SIGNED and SWORN TO UNDER OATH by Miguel Aguilar before me on __08/08/2025__.

_____
Notary Public, State of Texas
My Commission Expires: __02-09-2026__

JULISSA FLORES
Notary Public, State of Texas
Comm. Expires 02-09-2026
Notary ID 133579572