<span style="color:red">**EXHIBIT "C"**</span>

**An Expert Witness Report and a Forensic Musicology Analysis in the case of "Greasy Frybread" vs. "Enough" for Issues Related to Infringement Upon an Original Music Work Product**

**by Dr. Robert Tomaro, Ph.D.**

**Robert Tomaro, PhD**
**Forensic Musicologist**
**Symphonic Conductor**
**Music Director and Conductor**
**The Emersion Orchestra**
**1615 Manchester Lane, N. W.**
**Washington, D. C. 20011**
**rob.tomaro51@gmail.com**
**608 346 8489**
**www.Roberttomaro.com** **Conductor, Composer Website**
https://www.musiclawexpertwitness.com/**Forensic Musicology Website**

### The Materials Used in the Creation of this Comparative Analysis

This researcher has been provided with the following, which have been used as primary source materials in the creation of this comprehensive analysis:

- The studio recording of "Greasy Frybread," by Miguel Aguilar, aka Kemikal 956 and Joshua Fraustro, released on March 26, 2021.

- The studio recording of "Enough," by Cardi B, OG Parker, Romano, and DJ SwanQo, released on March 15, 2024.

### The Methodology Used in the Creation of This Report.

This report was created using the following methodology or method of critical analysis.

1. **The Reductive Method of Musicological Analysis.**

   The area of expertise which is called for in comparing two or more works of music is in the ability to discern minute differences and variations in musical data through the analysis of the acoustical features of the works in question, and to document the findings in the form of a musical score. These musical elements are melody, harmony, rhythm, orchestration, the discernment of pitch, tone, vibrato, and embellishments.

   This method is known as compositional analysis. Since no written music for "Greasy Frybread" or "Enough" was available, the recordings of both songs were studied and used as the primary source materials. In addition, it was found useful to document excerpts from the recording in the form of music scores to identify critical musical material. These excerpts appear as exhibits in this report.

2

**Curriculum Vitae**

I have attached my curriculum vitae at the end of this report to support my qualification to undertake this study,

\*\*\*

**The allegation that is the basis for the creation of this Expert Witness Report in the matter of "Greasy Frybread" vs. "Enough:"**

The plaintiffs, Messrs. Aguilar and Fraustro, allege that the defendants, Cardi B, Atlantic Recording Corporation, and Warner Music Group Corp appropriated a significant amount of compositional material from their song "Greasy Frybread," which was commercially released on March 26, 2021.

It is further alleged that the defendants used this proprietary material without the consent of the composers, and that they interpolated it into the recording "Enough," which was commercially released on March 15, 2024.

Therefore, the composers of "Greasy Frybread" are suing the composers of "Enough" for Infringement Upon an Original Musical Creation.

\*\*\*

**The results of this study.**

After analyzing the two works, this researcher has determined that, indeed, much of the compositional and musical material found in "Greasy Frybread" has been plagiarized by the composer of "Enough" and interpolated into the recording of that song.

Sometimes, in the creation of music for commercial release, a few similarities will appear in songs that share the same genre but, in this case, the predominant amount of identical and nearly identical material that has been interpolated into "Enough" from "Greasy Frybread" indicates the existence of plagiarism and, since "Enough" has been published and commercially released, copyright infringement, as well.

This analysis has determined that twenty separate and distinct musical elements and characteristics found in "Greasy Frybread" can be found, as well, in "Enough."

3

**Exhibit 1 – Similarities found in both songs:**

These musical elements and characteristics are:

1. Both songs are in the **same key**: F minor.

2. Both songs begin with **8 bars** of introduction, then the lead vocal line enters at bar nine.

3. The main **vocal line** in both songs enters at **0:14** into both recordings.

4. The **tempo** is the same in both songs: Quarter note = 138

5. The synthesizer **bass line** is virtually the same on both tracks, with minor variations.

6. The bass lines of both tracks are pitched in the **same register** (the same octave).

7. The **tonality (choice of sound) of both bass lines** is the same.

8. Both bass lines contain a **bass drum** 'punch,' which is embedded in the mix of the bass lines, themselves.

9. The **percussion parts** are extremely similar**.**

10. The percussion parts **drop out** and re-enter periodically on both tracks.

11.  The percussion parts drop out and re-enter **at similar times** during both recordings: at 1:24 in "Greasy Frybread" and 1:28 in "Enough."

12. Both songs feature a "**distant, eerie sounding instrument**" in the background.

13. The **tonality** and **auditory** effects used to create the "distant. eerie sounding instruments" in both recordings are extremely similar.

14. There are similarities in the phrasing and rhythmic pattern of the **vocal parts.**

15. The **arrangements** of the songs are extremely similar.

4

16. The composers' choice of **the individual elements that comprise the performing ensemble** is practically identical in both songs:

- A synth bass
- A high, 'eerie' bell sound in the background
- A percussion track.
- Vocals

    ("Greasy Frybread" also contain an synthesizer track.)

17. The unusual choice to use only **two percussion instruments** instead of a full drum kit is identical in both songs, giving both tracks a sparse percussion sound:

- A closed **hi hat** cymbal played softly in the background of both songs
- A **clap** on beat three of every bar in both songs.

18. Instead of the appearance of a separate bass drum part, both recordings have a **bass drum "punch" effect** embedded within the **synthesizer bass part**.

19. The length of both recordings is practically identical. "Greasy Frybread" is only **9 seconds longer** than "Enough."

20. In the last minute of both songs, both **rappers sing a one note melody** on the **tonic tone** of the key and the rhythm of the phrases is very similar.


Exhibits 1 and 2 are depictions of the openings of "Greasy Frybread" and "Enough." Seven similarities of the twenty listed above that are found in both songs are identified in these exhibits by circled number 1 though 7 and are explained below the exhibits.

**Exhibit 1 – The opening of "Greasy Frybread."**





**Exhibit 2 – The opening of "Enough."**





4



An analysis of the 7 similarities shared by "Greasy Frybread" and "Enough," which are depicted above in Exhibits 1 and , and identified by circled numbers in the scores.

Circle 1 – **Tempo** – The recorded tempos of both songs are identical: quarter note = 138.

Circle – 2 – **Key** – Both songs are recorded in the same key: F minor.

Circle 3 - **The bass lines** – The synthesizer bass lines in both songs are remarkably similar and are analyzed in detail in Exhibit 3.

Circle 4 – A very '**eerie,' distant sound** appears in both songs. This similarity is analyzed in Exhibit 5.

Circle 5 – The **percussion tracks** also contain important similarities. Circle 5 identifies the closed cymbal **high hat** sound that appears in both tracks, whose rhythmic patterns also similar.

Circle 6 – There is a similar '**clap'** sound on beat three of the percussion tracks throughout both songs. The percussion tracks are analyzed in Exhibit 4.

Circle 7 – The **vocal lines** enter in both tracks after four bars of introduction. These vocal parts are also similar and are analyzed in detail in Exhibit 6.

**Exhibit 3 – A analysis of the similarities in the synthesizer bass lines in "Greasy Frybread" and "Enough."**



The following musical events occur in an almost identical manner in the synthesizer bass lines of both "Greasy Frybread" and "Enough:"

**Measure 1**

1. The synthesizer bass line in both songs begins a signature phrase on the 8th note of the tonic.

2. Then, after two 8th note rests, the tonic sounds again as an 8th note on the second half of beat two.

3. Then, this first part of the phrase is completed with an 8th note on the downbeat of the fourth beat in the bar.

**Measure 2**

- The synthesizer melody rests on beat one of measure two and then repeats the tonic from the previous bar on the downbeat of beat two.

4. In both songs, the melody rises from the tonic up a whole step to G.

5. Measure two ends with the melody descending to a lower neighboring tone.

**Measure 3**

6 and 7 - In both songs, measure three is an almost identical repetition of the phrase from measure one.

**Measure 4**

8, 9, and 10 – In the fourth and final phrase of the four bar synthesizer bass melody, the bass restates the phrase from measure two in an almost identical manner.

**Exhibit 4 – An analysis of the similarities found in the percussion parts in "Greasy Frybread and "Enough."**

"Greasy Frybread"



"Enough"



- Note that the **bass drum part is absent** in both songs. Instead, the 'thud' of the bass drum is **embedded in the synthesizer bass line** of both songs.

**Measure 1**

1. Both percussion parts are very spare. They both begin with an identical sounding, digitally produced imitation of a closed high-hat cymbal playing steady 8th notes. In both songs, this is the only percussion instrument the listener hears for the first two beats of bar one.

3. The hi-hat is joined on beat three by a digitally produced 'clap' sound in both songs.

2. The steady 8th note figure on the high hat is interrupted in both songs by a syncopated 'riff' consisting of three 16th notes, followed by a 16th note rest.

**Exhibit 5 – Both songs contain a prominent, high sounding, 'eerie' instrument playing faintly in the background.**



Note:  The combination of sound samples and timbre used in both of these unusual lines is very similar and, although the line in "Greasy Frybread' features a more active melodic line, both lines are based on the tones: F, G, and C.

**Exhibit 6 – Similarities found in the vocal lines in both songs in the areas of pitch and rhythmic structure.**

Significant similarities can be found throughout both songs in the vocal lines and their performances in the following areas:

- **Style**- This translates into an aggressive and confident attitude and a demonstrative, dramatic delivery of the lyrics.

- Choice of **notes –** Both vocal lines are pitched on the tonic note of the key: **F**

- The **rhythmic structures** in which both vocal lines are set.



**Measure 1**

Circle 1 – In measure one of the excerpts, both vocal lines take the form of the following repeated rhythmic structure:

- an 8th note
- followed by an 8th note rest

Circle 2 –

- The phrase is then completed by 3 or 4 repeated 8th notes.

14

**Measure 2**

Circle 3 – The second part of each of these phrases begins, once again, with an 8th note followed by an 8th note rest.

Circle 4 – The phrases are then completed by a three 8th note phrase.

## In Closing - The Law of Probability

This researcher followed the thread of evidence to find similarities shared by the two works in question and that research has revealed 20 distinct similarities shared by both works.

The next question, and the one to be determined when taking legal action, is whether these similarities have appeared in both works by chance or coincidence, or if they most likely have occurred by design, that is, by one artist copying the work that was created by another artist.

To determine the answer to this question, the following has been entered into a computerized, international database:

Query:  According to the law of probability, what are the chances of discovering 20 distinct similarities in two different pieces of music if the composer of the second piece was unaware of the work of the composer of the first piece?

Response: "*In music infringement law, when assessing if two works are "strikingly similar" to infer copying, courts consider factors like the uniqueness, intricacy, or complexity of the similar sections. If the similarities are so unique and distinctive that they cannot be explained by coincidence or independent creation, it would strongly suggest copying.*"

**The Findings of this Expert Witness Report and Forensic Musicological and Compositional Analysis in the matter of "Greasy Frybread" vs. "Enough."**

A Forensic Musicological Analysis of "Greasy Frybread" and "Enough" was undertaken to discover any instances of extremely similar musical events that appear in the recordings of both songs, as it has been alleged that the composers of "Enough"  copied significant musical gestures from "Greasy Frybread," which was released on March 6, 2021, and interpolated them into the recording of their song ,"Enough," which was released on March 5, 2024, thus committing plagiarism and music work product infringement, to the detriment of the composers of "Greasy Frybread."

15

This analysis has determined that twenty unique and distinct musical elements and characteristics found in "Greasy Frybread" can be found, as well, in "Enough."

Based upon the findings of this study, it is opinion of this researcher that an allegation of music work product infringement brought by the composers of "Greasy Frybread" against the composers of "Enough," would most likely be upheld in a court of law.

Respectfully submitted,
Robert Tomaro, Ph.D.
July 14, 2025

**Curriculum Vitae**

      To support my qualification to create this report, I have included my curriculum vitae for your perusal.

**Robert Tomaro, PhD**
**Forensic Musicologist**
**Symphonic Conductor**
**Music Director and Conductor**
**The Emersion Orchestra**
**1615 Manchester Lane, N. W.**
**Washington, D. C. 20011**
**rob.tomaro51@gmail.com**
**608 346 8489**
**www.Roberttomaro.com** **Conductor, Composer Website**
https://www.musiclawexpertwitness.com/**Forensic Musicology Website**

<u>**Education**</u>

Doctor of Philosophy Degree in Composition    New York University    **1994**

Dissertation: *Contemporary Compositional Techniques*
*For the Electric Guitar in United States Concert Music*
Advisor: Dr. Kenneth Peacock, Professor, Music and Music Education, NYU

Musicology with Dr. Lawrence Ferrara
Composition with Dr. Justin Dello Joio and Dr. Dinu Ghezzo

Master of Arts Degree in Composition    New York University    **1989**

Bachelor of Science Degree in Theater Arts   Northwestern University   **1973**

<u>**Continuing Education**</u>

Christoph Eschenbach
Selected by Maestro Eschenbach
For his International Master class
In Conducting    Krakow Sinfonietta, Krakow, Poland    **2002**

Pierre Boulez
Conducting Workshop
Cleveland Orchestra    Carnegie Hall, New York City    **1995**

Michael Morgan, Paul Vermel,
Samuel Jones, Samuel Adler,

Karel Husa, Donald Portnoy
The Conductors' Institute,
University of South Carolina          Columbia, South Carolina          **1993 and 1994**


Michael Charry
Conducting
Manhattan School of Music          New York City          **1992**

Vladimir Kin
 Conducting          New York City          **1989-1992**

Leonard Bernstein
Tanglewood Music Festival          Tanglewood, Massachusetts          **1989**


**<u>Conducting Experience</u>**


**Beloit Janesville Symphony Orchestra**          **1999- 2024**
**Music Director and Conductor**
Beloit, Wisconsin

    The Beloit Janesville Symphony Orchestra**,** now in its seventy fifth year, is the professional symphony orchestra of Rock County, Wisconsin.  In addition to its series of classical and pops concerts, each year it performs Independence Day concerts in Janesville and Beloit, which are offered free to our audience.  Beginning as a volunteer community orchestra in 1953 at Beloit College, it has grown into a respected regional orchestra in Wisconsin and Northern Illinois.

- Responsible for all subscription series and Pops concerts, creating and designing all concert series, including choosing repertoire and selecting soloists.

- Responsible for auditioning, selecting, and managing all orchestra personnel.

- Works closely with the Board of Directors in all fund-raising activities, community outreach and educational programs.

- Maintains a full schedule of school visits and lectures.

- Produced the first six CD's in the orchestra's history.

- Secured funding for full season concert broadcasts and television   advertising.

18

- Created an annual High School Student Composition Competition and an award-winning middle school student composition program: *Composing Kids: Making Music with the Maestro.*

- Created *Conducting Kids: Making Music with the Maestro,* a program of conducting classes for middle school students, which culminates with the invitation for two students to conduct the Beloit Janesville Symphony in concert at its July 3rd and July 4th Pops concerts.

**The Racine Symphony Orchestra, Racine, Wisconsin- Pops Conductor      2021**

**New York University Symphony Orchestra                           1989-1994**
**Music Director and Conductor**
New York City, New York

**Elysian Symphony Orchestra                            1994- 1999 Executive**
**and Music Director**
Hoboken, New Jersey

Founded the professional orchestra of Northern New Jersey and formed the first Board of Directors.  Skills as dual role of executive and music director were honored by the *New York Times*: "Making Music as Business and Art," November 5, 1995: can be retrieved at https://www.nytimes.com/1995/11/05/nyregion/new-jersey-co-making-music-as-business-and-art.html

- Designed fund-raising programs.
- Designed, promoted and held school seminars and pre-concert lectures for students.
- As the first Executive Director as well as Music Director of the orchestra, was responsible for budgets, rentals, hire and payrolls, union negotiations, etc.

**London Symphony Orchestra                            1996**
**Guest Conductor**
London, England
Conducted CD recordings at EMI Abbey Road Studios for MMC Records (MMC 2085): *Robert Tomaro Conducts*, including the premiere recording of *The Bridge of Souls, Part I* by Robert Tomaro

**Hayes Symphony Orchestra                            1994**
**Principal Guest Conductor**
London, England
Responsible for rehearsal and performance of annual summer concerts

19

**Bohuslav Martinu Philharmonic Orchestra**                    **1992**
**Guest Conductor**
Zlin, Czech Republic

**National Symphony Orchestra of Poland**
 **Guest Conductor**                                           **1992**
Zlin, Czech Republic

**Silesian Philharmonic Orchestra**                            **1994**
**Guest Conductor**
Katovice, Poland
Conducted a CD recording for MMC Records (MMC 2028)
Including the premiere recording of *Celestial Navigation*
By Robert Tomaro

**Slovak Radio Symphony Orchestra**                            **1995**
**Guest Conductor**
Bratislava, Slovakia
Produced a CD recording for MMC Records (MMC 2065)

**Constanta Philharmonic Orchestra**                           **1995**
**Guest Conductor**
Constanta, Rumania

**Black Sea Philharmonic Orchestra**                           **1996**
**Guest Conductor**
Constanta, Rumania
Performed at the Rumanian-American Music Festival.
Concerts included the premieres of new American works
and CD recordings for Capstone Records ("Black Sea Idyll" CPS 8648)

**New Jersey Symphony Orchestra**                              **1996**
Lincoln Center, New York
Assistant to William Thomas McKinley for the Absolute Music Festival

**Moravian Philharmonic Orchestra**                            **1998**
**Guest Conductor**
Olomouc, Czech Republic
Conducted Concert and CD recording for MMC Records (MMC 2085

**Fairbanks Symphony Orchestra**                               **1998**
**Guest Conductor**
Fairbanks, Alaska
Conducted the premiere performance of *The Bridge of Souls, Part II* by Robert Tomaro,
commissioned by Dr. Madeleine Schatz and the Fairbanks Symphony Orchestra, and delivered a
guest lecture at the University of Alaska

**Rockford Symphony Orchestra**                                     **2000 and 2004**
**Guest Conductor**
Rockford, Illinois

**Northbrook Symphony Orchestra**                                     **2000**
**Guest Conductor**
Northbrook, Illinois

**Krakow Sinfonietta,**                                     **2002**
**Guest Conductor**
Krakow, Poland

**Fort Wayne Philharmonic Orchestra**                                     **2002**
**Guest Conductor**
Fort Wayne, Indiana

**The University of Wisconsin Symphonic Band**                                     **2004**
**Guest Conductor**
Madison, Wisconsin

**The United States Air Force Concert Band**                                     **2008**
**Guest Conductor**
Beloit, Wisconsin

**Powder River Symphony Orchestra**                                     **2010**
**Guest Conductor**
Gillette, Wyoming

**Lima Symphony Orchestra**                                     **2011**
**Guest Conductor**
Lima, Ohio

**Grand Pops Orchestra**                                     **2011**
Dubque, Iowa

**Santa Cruz County Symphony**                                     **2012**
**Guest Conductor**
Santa Cruz, California

**Dubuque Symphony Orchestra**                                     **2015**
**Guest Conductor**
Conducted the Symphony for the Dubuque International Film Festival
Dubuque, Iowa

**Teaching**

| | |
|---|---|
| **Beloit College** | **1999-2014** |

**Beloit College**                                                                              **1999-2014**
**Associate Professor of Music**
**Holder of the Shogren Family Conducting Chair**
Taught Jazz History, Rock Music and American Culture
Co-directed the Jazz Band program
Director of the Beloit College Symphony Orchestra

**County College of Morris Symphony Orchestra**                          **1995-1997**
**Music Director**
Morris County, New Jersey
Created the college's orchestra program and conducted the student orchestra. Also served as Professor of Music

**Rutgers University**                                                                          **1996**
**Adjunct Professor of Music**
Newark, New Jersey

**St. John's University**                                                                      **1996**
**Adjunct Professor of Music**
Staten Island, New York

**New York University Symphony Orchestra, Music Director**          **1991-1993**


**Honors and Awards**

Nominated for two Grammy Awards by the                                     **2015**
National Association for Recording Arts and Sciences (early rounds)

- "Producer of the Year," along with Jason Zarnowski, for the CD 'Miss Conduct' by Susan Aquila

- 'Best Instrumental and Vocal Arrangement for the song "Why" on the same CD.  Music and lyrics by Rob Tomaro

Nominated for two Grammy Awards                                              **2014**
By the National Association for Recording Arts and Sciences (early rounds)

- "Best Instrumental and Vocal Arrangement" for the song '*Broken Angel'* recorded by Susan Aquila on her album of the same name

22

- "Best Instrumental and Vocal Arrangement" for "Things Will Go Your Way" on the same CD. Music and lyrics by Rob Tomaro

Best in Show – Highest award                                                    **2013**
*Best Professional Cultural/Ethnic Program- Wisconsin Community Media*
"To Music Director Robert Tomaro for creating and performing the symphonic concert program 'Festivale Latino', November, 2012, Beloit, Wisconsin, with the Beloit Janesville Symphony"

 Award of Excellence – Highest Award                                            **2013**
Wisconsin Community Media – To Robert Tomaro, Music Director and Composer, for presenting the premiere performance of his original work: *Concerto for Electric Violin, Rock Band and Orchestra*, Susan Aquila, Soloist, April, 2012, Janesville, Wisconsin, with the Beloit Janesville Symphony

Finalist – The American Prize in Composition                                    **2013**
for his original orchestra work: *The Bridge of Souls*,
Recorded by the London Symphony Orchestra for MMC Records, conducted by Robert Tomaro

Award for Academic and Artistic Achievement                                     **2011**
From the Board of Education of Beloit, Wisconsin,
for his role in creating *Composing Kids: Making Music with the Maestro.*

Winner of the State of Wisconsin Award                                          **2010**
For Achievement in Education and Community Relations
For creating and implementing the interactive music composition and performance program for young children: *Composing Kids: Making Music with the Maestro.*

ASCAP Special Award for Symphonic Composition                                   **1998-2003**

Jazz Doctor Magazine - Best Jazz Rock CD                                        **2011**
*Planet Z featuring (violinist) Susan Aquila*,
music by Rob Tomaro – CD recording.
(Blue Chair Enterprises – 001)

New Jersey Council on the Arts grant recipient                                  **1998**
 For a one-year residency with the Elysian Symphony Orchestra
of Hudson County, New Jersey

Honored by the Academy of Television Arts and Sciences                          **1997**
 for conducting the recording of the Emmy Award winning musical score
for the 1996 Los Angeles Marathon for
WK COP Television, Los Angeles, California

| | |
|---|---|
| Elected to Pi Kappa Lambda,<br>the National Honors Society in Music Education | **1992** |
| Elected to Kappa Delta Pi,<br>the National Honors Society in Education | **1992** |
| Elected as an Honorary Member of the Board of Directors<br> of *L'Association Nationale de Musique de Chambre,* Paris, France | **1991** |
| Winner of the New York University<br>Graduate Composition Award<br>for *Concerto for Electric Guitar and Orchestra.*<br>Performed the solo Electric Guitar part at the concert premiere<br>with the Catholic University Orchestra conducted by Randall Craig Fleischer<br>Washington, D. C., 1991 | **1991** |
| Awarded a New York University Graduate Fellowship | **1988-1991** |
| New Jersey Council on the Arts<br>Award for Symphonic Composition for *Celestial Navigation*<br>Composed for symphony orchestra– CD recordings on MMC Records-<br>MMC New Century VI MMC 2028, and Capstone Records,<br>Conducted the concert premiere at the Hayden Planetarium with the Elysian<br>Symphony Orchestra, New York City, 1995 | **1988** |
| ASCAP Award for Symphonic Composition | **1987-2007** |
| Meet the Composer Grant, New York City Chapter | **1984-1987** |
| Moore Foundation Grant for Symphonic Composition | **1987** |
| Appointed Composer in Residence for the National Association<br>for Regional Ballet summer conference at Hobart and William Smith Colleges<br>under the direction of Maestro Stanley Sussman, Music Director of the<br>Martha Graham Dance Company | **1987** |

## **Professional Affiliations**

Elected to membership in the Cosmos Club of Washington, D.C.
Member – Conductors Guild
Member – American Musicological Society
Member – Society for Music Theory
Member – American Federation of Musicians
Member – Audio Engineers Society
Member - Kappa Delta Pi, the National Honors Society in Education

Member - Pi Kappa Lambda, the National Honors Society in Music Education
Member – Actors Equity Association
Honorary Member of the Board of Directors of *L'Association Nationale de Musique de Chambre,* Paris, France

## Publications

**Paranormal High –** a novel published by Ghostwriters Avenue Press, March 2025

**The New Groves Dictionary of Music and Musicians**, Seventh Edition
London, 1997.  "The Music of Elliot Sharp."
London, 1997.  "The Music of Francis Thorne."

**The Journal for New Music Research**, Swets & Zeitliner, Lisse, The Netherlands,
Vol. 23, Fall 1994 "Contemporary Compositional Techniques
for The Electric Guitar in United States Concert Music"

**Dark Whisper** – A Victorian era vampire thriller novel, published by Etopia Press.

**The Inner-Impulses and Gestures of Orchestral Conducting**
By Oleg Proskurnya
Forward by Robert Tomaro
The Edwin Mellen Press: Lewiston, Queenston, Lampeter

**The Rock River Times –** serving Illinois                                          **2013-2015**
and the Wisconsin Stateline Area –
 Appointed Classical Music Editor, 2013

**Cashbox Magazine**                                                                      **present**
Currently serving as Classical Music Editor
for *Cashbox Magazine*, Canada, and Jazz Critic
for *Cashbox Magazine*, U.S.

## Selected Commissioned Compositions

Commissioned to compose                                                            **2011**
*The Mindset Suite: The Things We Hold Dear*
For Narrator and Orchestra by the Beloit Janesville Symphony Orchestra.
Conducted the world premiere on July 3 and 4 in Wisconsin.

Commissioned to compose *The Call*                                   **2008**
For tenor, Rock Band, and orchestra
By the Beloit Janesville Symphony Orchestra.
Conducted the premiere on July 3 and 4, 2008.


Commissioned to compose *Dream Palace*,                              **2005**
A ballet score for symphony orchestra, Consortium of the Arts,
Walnut Creek, California.  Conducted the concert premiere with the Beloit Janesville Symphony
Orchestra, November 2005

Commissioned to compose and conduct                                  **1997**
 the premiere of *The Bridge of Souls, Part II*
for symphony orchestra by Dr. Madeleine Schatz and the Fairbanks Symphony Orchestra,
Fairbanks, Alaska.   Conducted the concert premiere in Fairbanks, March 1998.


**Professional Performance Experience**

 **Jazz Guitar, Commercial Guitar, Studio Guitarist**                **1978 -present**
Extensive studio work, New York City

**Broadway – Performed as a guitarist in orchestras of the original Broadway productions
of:**  *The Lion King, Dancin', Les Miserables, The Who's Tommy,
Barnum,* and *Evita*

**National Tours and Regional Theater – Actor and Guitarist**
I Love My Wife **–** Drury Lane Theater, Chicago
I Love My Wife starring the Smothers Brothers
Lady Be Good – Goodspeed Opera Company (featured onstage role)
Godspell
I Love My Wife- Birmingham, Michigan
I Love My Wife- Coconut Grove, Florida
I Love My Wife- Cleveland, Ohio
I Love My Wife- St. Louis, Missouri
The Producers – Janesville Performing Arts Center, Wisconsin -  Performed the role of Max
Bialystock, 2010


**Music Director and Conductor of Musical Theater**

The Armory Dinner Theater – Janesville, Wisconsin
Theatre Unlimited – Janesville, Wisconsin
Stage One Theater- Janesville, Wisconsin

### CD Recordings

**Miss Conduct-** Producer, Composer (Music and Lyrics) recorded by Susan Aquila on Original Kitchen Records (OK002). The CD was nominated for five Grammy Awards.

**Broken Angel -** CD Recording featuring Susan Aquila, Turkey Vulture Records, Rockford, Illinois – Co-Producer, composer, arranger.  The CD was nominated for five Grammy Awards.

**Planet Z featuring Susan Aquila – Music by Rob Tomaro**
Blue Chair Enterprises 001

**Robert Tomaro Conducts The London Symphony Orchestra**
London, England
MMC Records – MMC 2085

**MMC Orchestral Miniatures – Volume V**
Slovak Radio Symphony Orchestra
Bratislava, Slovakia
MMC Records – MMC 2081

**MMC New Century – Volume VI**
Silesian Philharmonic Orchestra
Katovice, Poland
MMC Records, MMC 2028

**Black Sea Idyll**
The Black Sea Philharmonic Orchestra
Constanta, Rumania
Capstone Records – CPS 8648

**The Art of the State**
Beloit Janesville Symphony Orchestra
Beloit, Wisconsin
Discover Wisconsin Music – 59175-2 DWP, Inc.

**Beethoven Symphony No. 3**
Debussy – Prelude to the Afternoon of a Faun
Beloit Janesville Symphony Orchestra
Beloit, Wisconsin
Fiftieth Anniversary Recording

**Rachmaninoff Piano Concerto No. 3**
With Lori Sims
Beloit Janesville Symphony Orchestra
Beloit, Wisconsin

**Beethoven Symphony No. 9**
Beloit Janesville Symphony Orchestra and Chorus
Beloit, Wisconsin

**Baroque Masterworks**
Beloit Janesville Symphony Orchestra
Beloit, Wisconsin

**Baroque Masterworks, II**
Beloit Janesville Symphony Orchestra
Beloit, Wisconsin

**Carmina Burana**
Beloit Janesville Symphony Orchestra and Chorus
Beloit, Wisconsin

**Planet Z- featuring Susan Aquila – Music by Rob Tomaro**
Blue Chair Enterprises -0001


**Selected Concert Reviews – Symphonic Conducting**

**October 15th, 2012 *The Aptos Times***
**Classical Reflection**
**'Viennese Dreams' – Exciting Start to Symphony Season**
**By Josef Sekon, DMA**

"Sept 29th and 30th were the first two repeat concerts that began the search for the Symphony's new Music Director.  I've been involved with the Symphony since the early 1980's and cannot recall a more exciting season.  Dr. Robert Tomaro was the first of five Conductors opting for the vacant Music Director position."

"The Nicolai (*Merry Wives of Windsor*) Overture (was) light, airy and very well intended and directed."

"The balance between Dr. Tomaro and the soloist (Neil Rutman, performing Mozart's Piano Concerto No. 22 in Eb) was very well conceived."

"Brahms' first symphony is a monumental work in many respects. Dr. Tomaro performed without score and brought wonderful balance between the orchestral sections…with good understanding and dynamic sensibility.   All in all, a very impressive performance!"


\*\*\*

28

*Peninsula Reviews*, Sept. 30th 2012 – Lyn Ronson
*Reviewing the Santa Cruz County Symphony concert of September 30th.*

"Tomaro pulled everything together with great skill and brought the (Brahms first) symphony to a triumphant conclusion."


*Santa Cruz Sentinel – October 3rd, 2012* - **Phyllis Rosenblum**
*"Symphony's audition season opens on a promising note"*

**"**Tomaro conducted with large, sweeping gestures, at times eschewing the baton entirely to direct choral-style with only his gracefully flowing arms and hands (in) an emotionally powerful performance of Brahms' Symphony No. 1.

Tomaro's fluid motions visually enhanced the audience experience while shaping the musical lines artistically for the orchestra. Clean phrases and endings heightened the work's drama.

For the Mozart (Piano Concerto no. 22 in Eb), Tomaro reined in his large gestures to match the Classical Era's exactitude.  The filigree-laden phrases unfurled gracefully."

\*\*\*

"Robert Tomaro is committed to creating a synthesis of musical styles (in order to) bring the new generation into the symphony music halls... Promising... top level… Sounded excellent." **David W. Chen - New York Times**

"A remarkably fresh performance.  Robert Tomaro... a conductor to take very seriously, delivered a solid climax.  It was a memorable evening."
        **Peter Spencer, Star Ledger, Newark, New Jersey**

"It was a truly spiritual interpretation offered by Tomaro.  The orchestra seemed to rise with him throughout the performance.  It was a splendid introduction to the series.  Like the Wagner that opened the program, he is stately and refined.  Like the Brahms, he is spiritual.  Most importantly, he is intensely personal in his relationship with the players.  We have a lot more to enjoy under his direction".
        **Ron Nief.  Beloit Daily News**


"Mr. Tomaro is a major conducting talent with an instinctive feel for the musicians in the orchestra.**"  Washington Square News, New York City**

"Under Tomaro's leadership, the orchestra has undertaken new musical challenges.  Tomaro's enthusiasm and ability to get the most out of the orchestra have spread to audiences, as well. Attracted by works such as Beethoven's Symphony No. 9, *Scheherazade*, and Mahler's Symphonies No. 2 and 5, attendance at last season's concerts has doubled.  Challenged by demanding repertoire, the Beloit Janesville Symphony has grown into a first-rate orchestra."

   **Allegro Magazine, the magazine of the Association of Wisconsin Symphony Orchestras.  Fall, 2001**


"The American conductor Robert Tomaro commanded the symphony in what proved to be a virtuosic performance, seemingly unending in its imagination and with a firm hand, with which he gave life to the two works in first audition as well as the Symphony No. 3 of Copland.  As a conductor, Robert Tomaro succeeded in a creating a unique orchestral texture and was able to project a new spirit of thought and concept, generating an ideal interpretation."

   **Eutherpe, Telegraf, Bucharest, Rumania**


"Robert Tomaro...virtuoso... brings a wide variety of instrumental colors...in a nice variety of dynamics... reflections of different cultures of the world molded in a singular statement.  The concert was a significant success!"

   **Slobna Dalmacija, Split, Yugoslavia**


"Let me mention Robert Tomaro.  The Hungarian audience had a splendid time listening to the American conductor."

   **Hungarian Academy of Arts and Sciences:  Institute for Musicology, Budapest, Hungary**

"Conductor Robert Tomaro is being noticed by the classical music establishment who wish to revitalize the concert hall...Innovative and exciting programs... those who were there are still talking about it."

**Hudson Current, Hoboken, New Jersey**


**<u>Selected Reviews- The Music of Rob Tomaro</u>**

**Banquet Records, London, England**
**Review of the film score to the cult horror film "Slime City," directed by Gregory Lamberson, music by Dr. Robert Tomaro**


   A huge part of what makes Slime City so fantastic is its wildly creative score, which was composed by the now PHD, and current Music Director of the Beloit Janesville Symphony, Robert Tomaro. Rob's score is unlike any horror soundtrack past or present.

In Robert's own words, the music is "perhaps what you might get if you locked Igor Stravinsky, Johnny Rotten and Bernard Hermann in a hotel room and didn't let them out until they wrote something together."

The score is most certainly slimy as the film's title would leave you hoping for. Very much classically written, but with a serious mix of punk guitar work and weirdo avant-garde synth. A truly unique composition. Includes extensive liner notes by both Robert Tomaro and Gregory Lamberson.

**Cashbox Magazine, U. S. – May edition, 2011**
**CD review by Cashbox Jazz critic Edward Delacroce**

*Planet Z*
**Featuring Susan Aquila**
**Music by Rob Tomaro**

**This new Jazz Rock band blasts off to another world, entirely.**

Whoa!  Better strap yourselves in, Earthlings.  Our little world has just been invaded by *Planet Z.*

This exciting new Jazz Rock Fusion band is fueled by the compelling synergy between incendiary Electric Violinist Susan Aquila and the edgy compositions of guitarist Rob Tomaro and I'll tell ya, this is like nothing you've heard before.  If you're looking for the new direction jazz/rock is going in, get ready 'cause this is one wild ride.

Aquila's fan base has been growing for years through her appearances with such Rock Icons as Paul McCartney, Billy Joel, Elton John, Metallica, and Led Zeppelin, and now her fans can finally experience her riveting, world class Electric violin out front and on fire as she emerges from the studio leading her own band.

*Planet Z* is driven by the two-drummer battery of Ray Marchica and Paul Pizzuti, the grounding bass of Irio O'Farrill and the eclectic keyboards of Joseph Church (the CD's producer and former Music Director of Disney's *The Lion King* on Broadway) and Ted Baker from *Steely Dan.*

Each cut on this self-titled first release by this innovative six-piece ensemble takes the listener away to a different musical setting.   *The Bombay Express* is an Eastern tinged dynamo that showcases dueling solos by the two drummers and some astounding improvisations by Aquila and Tomaro.  *Cajun Queen*, which is also their first video release, directed by veteran Dave Haldiman, is a hot- as -gumbo romp down Bourbon Street that will have you up and dancin' around your living room.   *The Fire of the Planes* is an Afro-Cuban masterpiece with soaring solos that would bring a smile to Carlos Santana, himself.  And the album's exquisite ballad, *For Mehera*, manages to be heartfelt and inspiring without becoming cloying or

sentimental.  There's something for everyone on this disc.

In a music scene that seems to have become earthbound of late, *Planet Z* takes Jazz Rock into the stratosphere.  You might want to be the first one on your block to get beamed up.  I give it five out of five flying saucers, Space Cadets.   Download it, immediately!

By
Edward Delacroce
Jazz Critic – Cashbox Magazine, U. S.

**Planet Z - featuring Susan Aquila – Music by Rob Tomaro**
**Blue Chair Enterprises  - 0001**

> **Number one CD on the jazz/ rock charts of CMJ music listings, August, 2011**
> **Named "Best Jazz Rock CD of 2011**

August 8, 2011

**Jazz Doctor Magazine**
*Music & Opinion for the 21st Century*

**Planet Z – PLANET Z FEATURING SUSAN AQUILA, composed by Robert Tomaro,**
**featuring Susan Aquila on violin and Robert Tomaro on Electric Guitar.**

 As any of the promoters who pass us CD's for review will tell you – nearly ALL albums go in the queue & get reviewed in the order they were received… the only time a CD is pushed to the front of the queue is when the energy levels are so significantly notable that it would be unfair (to the whole world) not to let folks know about it.  This CD, featuring electric rock violinist Susan Aquila, definitely falls in that category.  This music pushes the envelope so hard it will blow your eardrums (not to mention your mind) immediately.  Her debut CD is colossal… just scope out the 3rd track, "The Fire of The Planes", to hear what's got me so fired up – & do it with 'phones on at FULL BLAST… this music just RAWKS!  My favorite of the 7 tracks offered up is the superb "Dance of Ecstasy"… Susan's violin just SOARS, & all the other players (Robert Tomaro on guitar, Irio O'Farrill on bass, Ray Marchica & Paul Pizzuti on drums & Joseph Church & Ted Baker on keyboards) are out in full force.  I certainly give this a MOST HIGHLY RECOMMENDED; "EQ" (energy quotient) rating is a top-of-the-line 5.00… and they get the "PICK" of this issue for "best jazz/rock/fusion CD" of 2011!  (Keep your ears on this band, folks… you heard it here first – they WILL take over the world)!!!   Get more information at: www.planetztheband.com *Rotcod Zzaj*

**Volume 34/Number 277 MIDWEST RECORD, CHRIS SPECTOR, Editor and Publisher**
**Copyright 2011 Midwest Record**

"BLUE CHAIR ENTERPRISES - **PLANET Z featuring SUSAN AQUILA**:  You've got an interesting bunch of talent on board here that just blows the roof off the sucker.  Aquila is a jazz/rock electric violinist with a classical background that sounds more like she's Jean Luc Ponty's daughter than Clara does.  Kicking it out on the music of Rob Tomaro, also a jazz rocker with a classical background, the two are an incendiary combustion that can't be denied.  The credentials of these two speak for themselves.  Simply put, when you want that jazz/rock thing with something extra that just doesn't quit, this is the set to put at the top of your list.  This is hot stuff that just can't be denied.

CD Review - **Beethoven Symphony No. 9** - Robert Tomaro, conducting the Beloit Janesville Symphony Orchestra, April 2000:

"Tomaro brings a different sensibility to the orchestra, and these CDs show it.  The musicians play with more precision, more excitement and, most importantly, more expression.  Tomaro knows it's all about getting the composer's and the musicians' ideas across to the audience and the BJSO is achieving that more than ever.  The second CD shows the BJSO's improvement in a few short months as it tackles Beethoven's gorgeous Symphony No. 9, and the four soloists and the BJSO Chorus sing stirringly on it."
**Mary Barber, The Janesville Gazette, Janesville Wisconsin, 1999**

**Rachmaninoff Piano Concerto No. 3**
Lori Sims
Beloit Janesville Symphony Orchestra
Conducted by Robert Tomaro
Recorded at the Eaton Chapel, Wisconsin, November, 1999

"Sims' playing is supple and passionate.  She does not sound the least bit intimidated by the notoriously difficult composition and her confidence seeps into the orchestra, which is playing with more verve."
**Mary Barber, The Janesville Gazette, Janesville Wisconsin, 200**

**MMC New Century VI**  (MMC 2028)
Silesian Philharmonic Orchestra
Conducted by Robert Tomaro and Jerzy Svoboda
Recorded at Philharmonic Hall, Katovice, Poland, January, 1994

"An immersion in atmosphere and color permeates just about every bar of this music, from the bright percussion and bold fanfares of Robert Tomaro's *Celestial Navigation* to the crazed tango of Roger Briggs' *Tracer*.  This disc offers attractive new American music, well recorded and ably performed."

**American Record Guide, 1995**

**Forensic Musicology**

I was a Musicology student of Dr. Lawrence Ferrara during my Doctoral training at New York University and am currently employed as a professional Forensic Musicologist.

**Selected Previous Musicology Cases**

Ciero vs. Disney
Mardonas vs. Cyndi Lauper
Grissom vs. Disney
Fernandez vs. Mick Jagger and Keith Richards
Perry vs. Universal/Island Def Jam
LaCrate vs. Pitbull
Smith vs. Warner Brothers
Jackson vs. Destiny's Child
Brown vs. Billie Eilish
Gee vs. Justin Timberlake
Lee, Demeritt vs. Lil Nas X
Salinas vs. Procter and Gamble
Piroli vs. EMI/ Interscope Records

## Tomaro's skills in forensic musicology sought out by law firms

- By HILLARY GAVAN Senior staff writer

The Beloit Daily News, June 24, 2021

If you know any rap artists who are plagiarizing beats or lyrics, Beloit Janesville Symphony Orchestra (BJSO) Music Director Rob Tomaro might be writing a report on them. While he's best known for conducting in Rock County, Tomaro's professional skills are in high demand across the country for his work in forensic musicology.

"I perform the function of being an expert witness and providing reports on legal matters that involve plagiarism in the music industry," Tomaro said. "As a composer, and especially as a

conductor, I've been trained over many years by great teachers to discern minute differences in sound and pitch. You have to hear if players are out of tune."

Tomaro's skills are sought when musicians allege another artist has appropriated their musical product and it is being litigated. Musical plagiarism is most prevalent in pop, rock, rap, and hip hop.

Tomaro can find minute differences in inflections, breaths and pitch the naked ear cannot hear and substantiates his findings using a scientific method employing four to five methods of analysis. His skills are in high demand as there aren't a high number of forensic musicologists.

"It seems to require two completely disparate skill sets that have to work together. You have to have a thorough understanding of how to analyze and describe harmonic analysis in classical music. You also have to understand the latest trends in contemporary music including what happens in a recording studio and the latest techniques in digital signal processing," he said.

During Tomaro's doctoral studies in the 1990s, he studied musicology in addition to his primary focus of music composition and conducting, but he didn't start developing his career as a forensic musicologist until about five years ago when he received a phone call from a colleague in Los Angeles affiliated with law firms specializing in music lawsuits.

Tomaro explained how music plagiarism is quite common in the Los Angeles music scene. One well known case for example, is when musicians sued Led Zeppelin in 2014 when they claimed "Stairway to Heaven" included material they had originally written. Zeppelin later won the copyright battle.

"Such lawsuits are increasing quite a bit. There is a tremendous amount of fluidity in pop, hip hop, and rap when pieces are borrowed, especially due to the explosion in digital music

technology. You can literally press a button and copy and paste something from someone else's music, slightly alter it, and put it in your music, claiming it as your own," Tomaro said.

Sometimes, Tomaro explained, there can be unconscious plagiarism such as when George Harrison used a melody from another tune in his hit song "My Sweet Lord" without knowing what he was doing. He was sued for copyright infringement by the publisher of "He's So Fine," a 1963 hit. Harrison was found guilty of "subconscious plagiarism" and had to pay more than $1 million.

"It was a pretty expensive mistake," Tomaro said.

However, Tomaro said typically plagiarism is a conscious choice that happens more often than one would think.

"People think they can get away with it," Tomaro said.

Tomaro said he's currently working on a case in which an artist claims a world-famous singer stole a vocal track of hers and is lip synching to it in a video that has 23 million views on YouTube.

"I can't name the artist because I'm in a non-disclosure agreement," he noted.

Tomaro is involved in his eighth case now.

"I've come out on the winning side, let's just say, 70% of the time," he said.

By the time a case reaches Tomaro's desk, it's already been vetted to determine there are significant questions regarding the work. Tomaro must then provide an expert report using various methodologies.

One of the more interesting techniques is employing the service of a voice analyst expert, usually an ex-FBI person, who will use digital imaging to create a spectrogram, a visual representation of the peaks of valleys of sound.

"You can identify where one sound is the same as the other or if they are different and why. It's like a digital version of what fingerprinting is in crime," he said.

Tomaro said he's never come across a case where there is one strong similarity that shows the music was appropriated. He usually needs five or six similarities to have a strong case.

One time, Tomaro recalled employing the use of an expert in information technology to help when a defendant said some musical similarities happened by coincidence. The expert put the similarities in an algorithm and the odds of the five similarities occurring were .00000001.

"It was very impressive at the time," Tomaro said.

Tomaro can also use a timeline analysis. He recalled one case where he listened to his client's and the defendant's song. By using a timeline, he learned that not only did the defendant copy the song, but also the arrangement.

Tomaro has a diverse array of clients. He represented a recording engineer alleging a recording company used a mix he created which the company said they were turning down. Another time, Tomaro had to analyze two 'whistling sounds' when someone alleged a major corporation used their whistle in an ad campaign.

37

"I did a spectrographic analysis of the whistle and analyzed the peaks and valleys on the spectrogram," Tomaro said.

Tomaro said his work is not likely to slow down. There is a lot of gray area to navigate in regard to similar melodies, beat progression and lyrics. However, the music industry isn't the only business with copycats. Reproductions are everywhere, he said, just like Fig Newtons and the other fig cookie knockoffs that seek to be them.

"If someone gets a hit, a lot of people jump on the bandwagon and try to produce something as close to it as possible to make money off it," he said.