Case 7:24-cv-00264   Document 75   Filed on 09/23/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSHUA FRAUSTRO, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 7:24-CV-264 § BELCALIS ALMANZAR, *et al.*, § § Defendants. § | |

### ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for status conference on October 7, 2025, at 10:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED September 23, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge