UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSHUA FRASUTRO and MIGUEL AGUILAR a/k/a KEMIKAL956, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:24-CV-264 |
| BELCALIS ALMANZAR a/k/a CARDI B, ATLANTIC RECORDING CORPORATION, and WARNER MUSIC GROUP, | § § § § § | |
| Defendants. | § | |

# ORDER

The Court has reviewed Defendants' Motion for Extension of Response Deadline (Doc. 90). Counsel for Plaintiffs has informed the Court that they oppose the requested relief. To facilitate the Court's expedited consideration of the Motion, it is:

**ORDERED** that by no later than 12:00 p.m. on January 15, 2026, Plaintiffs shall file a Response to Defendants' Motion for Extension of Response Deadline (Doc. 90).

Signed on January 12, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge